United States Bankruptcy Court
For The
Western District of Kentucky

IN RE:                                )
CHRISTOPHER AYERS                     )
MELISSA AYERS                         )        Case No:
                                      )        15-32268
            Debtor(s)                 )

### Agreed Order to Continue Hearing

THIS CAUSE being heard on the motion of the Debtor, by counsel, to Reschedule the Hearing on the Motion for Relief from Automatic Stay of Property, currently set for January 30, 2019 at 11:00 a.m., there being no objection, and the Court finding sufficient reason to do so;

IT IS HEREBY ORDERED that the Hearing on the Motion for Relief from Automatic Stay of Property shall be continued thirty (30) days, to _____, 2019, at __:__ a.m. / p.m. to allow the Debtors additional time.

A copy of this order is sent to the debtor(s); to the attorney for the debtor(s); to the trustee, William Lawrence; and to all creditors.

ENTERED THIS ____ DAY OF _____, 2019.

_____
Joan A. Lloyd
United States Bankruptcy Judge

AGREED:

/s/ Cynthia T. Griffin_____        _/s/ Molly Simons_____
Cynthia T. Griffin, *Counsel for Debtor*           Molly Simons, Esq.
BURNETT & GRIFFIN, PLLC                            SOTTILE & BARILE
915 Memorial Court                                 394 Wards Corner Road, Ste 180
Elizabethtown, KY 42701                            Loveland, Ohio 45140
(270) 769-4618                                     (513) 444-4100